■ MICHAEL MCALEER et al., Appellants, v CHARLES G. QUILL, JR., et al., Doing Business as ROYAL PHEASANT SUPPER CLUB, Respondents. (Appeal No. 1.) [951 NYS2d 422]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered January 25, 2011 in a personal injury action. The order denied plaintiffs' motion for an order setting aside the jury verdict and granting a new trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Scudder, P.J., Smith, Centra, Lindley and Martoche, JJ.